IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RAOUL LAFOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-CV-557 |
| | ) | |
| RICHARD S. GLASER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. Mr. LaFond filed objections to the Recommendation, Doc. 6, but nothing in the objections undermines the Magistrate Judge's analysis. Upon consideration, the Court agrees with the Magistrate Judge's analysis and adopts the Magistrate Judge's Recommendation in full.

It is **ORDERED** that this action be dismissed pursuant to 28 U.S.C. § 1915A for being frivolous and failing to state a claim, and for seeking monetary relief against defendants who are immune from such relief.

This the 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE